Granted
Susan J. Dlott
9/10/03

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| RAYSHAN WATLEY, (347-921) | : | CASE NO. C1-01-739 |
| Plaintiff, | : | |
| v | : | Judge Dlott |
| | : | Magistrate Judge Sherman |
| MONA PARKS, et al. | : | |
| Defendants. | : | |

## MOTION FOR LEAVE TO FILE EXHIBITS MANUALLY

Come now Defendants by and through counsel and move the Court for leave to manually file the exhibits referenced in their Motion for Summary Judgment in this case. Attempting to file the exhibits electronically creates an undue burden.

Respectfully submitted,

JIM PETRO
Attorney General of Ohio

s/ MARIANNE PRESSMAN
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section
1600 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202-2809
(513) 852-3497
E-Mail: mpressman@ag.state.oh.us