United States District
Court Southern District
Western Division

Royshon Walty

vs

Mona Parks ET AL

03 SEP 16 PM 12:36

Case No C1-01-739

Judy Dlott

M.J. Sherman

Motion to strike defendants motion for summary judgment per Civ R. 12(F) for failure to serve upon plaintiff as held in Civ. R. 5(A) and (4)

On September 12, 2003 plaintiff recieved a motion that was filed by Ms. Grossman for leave to manually file the exhibits referenced in "their" motion for summary judgment in this case.

Plaintiff never recieved a copy of defendants motion for summary judgement which is in violation of Civ. R. (5) and (4) which states the filing party shall serve upon the opposing party all pleadings and motions filed by them. Walty would have not known defendants filed a motion for summary judgement if plaintiff would not have recieved defendants motion to file exhibits manually

for these reason plaintiff request that defendants motion for summary judgement be stricken from the record.

If this court does not decide to not strike defendants motion for summary judgement plaintiff request that the court stays defendants motion for summary judgment until plaintiffs motion to compel has been ruled on which is still pending before this court

For the for going reasons plaintiff request that his motion be granted

Royce Witty

A copy of the forgoing was sent to Markam Plissman at 1600 Chew Tower 441 Vine St Cincinnati Ohio 45202-BX regular U S mail on this 13th day of September 2003

Royce Witty