UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RAYSHAN WATLEY, (347-921)** | : | **CASE NO. C1-01-739** |
| Plaintiff, | : | |
| V | : | **Judge Susan Dlott** |
| | : | |
| **MONA PARKS, et al.** | : | |
| Defendants. | : | |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On September 8, 2003, Defendants moved for summary judgment in the above referenced case. Under the new electronic filing procedure, the motion was filed electronically but the exhibits were filed manually. Since an inmate does not have access to electronic filing, both the motion and exhibits were mailed to the Plaintiff and were received at SOCF on September 12, 2003, and September 15, 2003, respectively. (Ex. A & B). A cover letter was sent to him on September 8, 2003, and September 9, 2003, respectively. (Ex. C & D). Therefore, Plaintiff received both Defendants' Motion and the referenced exhibits. Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment is not well taken and should be denied.

Respectfully submitted,

JIM PETRO
Attorney General of Ohio


s/ MARIANNE PRESSMAN
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section
1600 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202-2809
(513) 852-3497
E-Mail:  mpressman@ag.state.oh.us


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was forwarded to Plaintiff, inmate Rayshan Watley, #347-921, at Southern Ohio Correctional Facility, P.O. Box 45699, Lucasville, Ohio 45699 by regular U.S. mail this 18th day of September, 2003.


s/ MARIANNE PRESSMAN
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section
1600 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202-2809
(513) 852-3497
E-Mail:  mpressman@ag.state.oh.us