No. 5841  P. 2

# MAIL DEPARTMENT DAILY LOG OF __LEGAL MAIL__

DATE RECEIVED AT S.O.C.F. __9-13-03__

PAGE __1__ OF __1__

| CERTIFIED MAIL SERIAL NUMBER (IF APPLICABLE) | INMATE'S NAME | INMATE # | BLOCK | SENDER | INMATE'S SIGNATURE | TIME RECEIVED BY INMATE |
|---|---|---|---|---|---|---|
| | Whatley | 347-921 | J-53 | Jim Petro Att. General Ohio Cont. Pa #5202 | Whatley 347-921 | 9-35 a.m. |

DELIVERED BY: *Linda Torres*
(SIGNATURE)

SSML-988 (re. 4/01)

DATE DELIVERED: __9-13-03__

Ex. A