# MAIL DEPARTMENT DAILY LOG OF LEGAL MAIL

DATE RECEIVED AT S.O.C.F. 9-15-03

PAGE 2 OF 2

| CERTIFIED MAIL SERIAL NUMBER (IF APPLICABLE) | INMATE'S NAME | INMATE # | LOCK | SENDER | INMATE SIGNATURE | TIME RECEIVED BY INMATE |
|---|---|---|---|---|---|---|
| | Wigley | 347-921 | J3-53 | Att. General Jim Petro, Col. OH 45202 | [signature] | 11:22 A.M. |

DELIVERED BY: Hector Torres (SIGNATURE)

DATE DELIVERED: 9-15-03

SSDML-986 (rev. 4/01)

Ex. B