**STATE OF OHIO**
**OFFICE OF THE ATTORNEY GENERAL**
JIM PETRO, ATTORNEY GENERAL

441 Vine St
1600 Carew Tower
Cincinnati, OH 45202
Telephone: (513) 852-3497
Facsimile: (513) 852-3484
www.ag.state.oh.us

September 9, 2003

Rayshan Watley, #347-921
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Re: **Rayshan Watley v. Mona Parks, et al.**
Case No. C1-01-739

Dear Mr. Watley:

Enclosed please find a copy of *Motion for Leave to File Exhibits Manually* which was electronically filed today, in regards to the above captioned case.

Sincerely,

JIM PETRO
Attorney General of Ohio

MARIANNE PRESSMAN
Assistant Attorney General
Corrections Litigation Section

MKP:cms
Enclosure

Ex. D