In the United States
District Court
Western Division

FILED
KENNETH J. MURPHY
CLERK

03 SEP 26 PM 12:26

Rayshow Wolfel
vs
Mona Parks Etal

Judge ____ Dlott H
No C-1-01-739

## Plaintiffs Reply to Defendants opposition to Plaintiffs motion to strike

Defendants assert that plaintiff motion to strike should be denied and ask several exhibits for the reasons why

On september 11th 2003 plaintiff recieved a motion from defendants to file exhibits manually But defendant assert documents was recieved at SOCF on september 12th 2003. But if this court look and defendants Ex. (A) it states up top "Date Recieved 9-12-03" But at the bottom it states delivered "9-13-03"  9-13-03 is a Saturday the mail room at SOCF is closed on Saturdays and no mail legal or not is delivered wich proves defendants claim is untrue

At the time plaintiff recieved defendants motion for ~~summary~~ to file exhibits manually plaintiff had not recieved defendants motion for summary judgement wich led to plaintiffs motion to strike due to defendants stick its motion for summary judgement was filed september 8, 2003. plaintiff recieved defendants motion for summary judgement @ "eight days" later on september 15 2003. wich is well beyond the three mailing privilege. defendant refer to its own exhibit (C) as to prove its motion for summary judgement on september 8, 2003 But if you look at defendants exhibit (C) the date is 9-15-03 and not 9-8-03.

Attached is plaintiff exhibit (A) wich is the certificate of service to defendants motion for summary judgement wich holds no date as to when it was ~~mailed~~ mailed to plaintiff wich was (8) days late. defendants purposely mailed plaintiff ~~motion~~ a copy of the motion (8) days late to ~~hinder~~ the time flame in wich I must respond to ~~@~~ the said motion. for these Reasons plaintiff motion should Be granted.

If this court decides not to grant plaintiffs motion plaintiff request that this court stays defendants motion for summary judgement until plaintiffs motion to compel ~~@~~ ~~this~~ has Be Ruled on

Ralph Watty

A copy of the foregoing was sent to Moriann Pressman at 1600 Carew Tower 441 vine st ~~cinc~~ cincinnati ohio 45202 By Regular U.S mail on this 23Rd day of september 2003

Ralph Watty