FILED
JAMES BONINI
CLERK

2004 JAN 22 PM 1:19

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

RECEIVED
DEC 22 2003
JAMES BONINI, Clerk
CINCINNATI, OHIO

United States District Court
Western Division

Watly                                     No. C-1-01-739
                                          (Dlott J Novotny M.J.)
Made Parks et al.

Now comes plaintiff motion Identifying the documents needed for discovery as ordered by the court (see) Doc 41 Dec 15, 2003 plaintiff brought this case do to the defendants repeatedly refused Watley medical attention for his back. The defendants repeatedly denied Watley medication that was prescribed by the specialist at the correctional medical center (C.M.C). They have denied Watley medical treatment for a razor blade being in his stomach and refused Watley a brace for his arm and or wrist and denied Watley medical attention for ~~for the the~~ nerve damage to his left arm

The court nots that defendants have submitted numerous documents from Watley medical file. But if the court would read Watley's complaint and look at "specific issues" in Watley's ~~claims~~ is claiming he was denied medical attention for the court will see that those

documents the defendants have submitted has nothing to do with Watley's complaint and the specific issues Watley complaines about in his complaint

Mr Watley specifically needs these items listed below

I need all informal complaints grievances and appeals to the chief inspector and heil decison concerning Watley being denied medical treatment for his back and for the damaged nerve in his left arm from august 2000 to the present

I need all informal complaints grievances and appeals to the chief inspector about being denied prescribed medication from august 2000 to present

I need informal complaints grievances and appeals to the chief inspector about being denied medical treatment for the razor blade being in his stomach and all x-rays

a complete copy of Watley medical file from august 2000 to the present which would consist of all M.R.I's that was taken

of Watley's Back and all test that was on Watley's Back showing nerve damage any and all orders for treatment by the doctors of the correctional medical center about Watley's arm

Basically I need the complete medical file from August 2000 to the present do to there were several orders for treatment and medication ordered and test showing damage that defendants denied Watley and the only way Watley can point each incident out to the court is by Watley recieving his complete medical file from August 2000 to the present and all sic call sign up sheets

The documents the defendants have submitted to the court has nothing to do with what Watley complains about in his complaint and the only way Watley can prove is by recieving his "Complete medical file" from the time requested above

for those reasons plaintiff motion should be granted

Ralph Watley

a copy of the forgoing was sent to Mariann Pressner of 1600 Carew Tower 441 Vine St Cincinnati Ohio 45202 by registered mail on this 18th day of December 2003

Ralph Watley