In the United States District Court Southern District Western Division

JAMES BONINI
2004 FEB 24 PM 2:40
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Rayshaw Watley

v

Mona Parks et al

No C1-01-739

Plaintiff objection to defendants respons to plaintiff discovery items

The court order plaintiff to identify the items needed in discovery and gave the defendants 14 days to respond to plaintiff motion. It is now nearly 50 days later and the defendants are just now responding. Defendants respons is not timley and should be stricken from the record. The defendants further allege that plaintiff has had an opportunity to review and obtain the documents requested in this case and another and that theirs only four copies of informal complaints and three grievances. Mr. Watley has not had the opportunity to get these documents thats why plaintiffs motion to compel is before this court and theirs alot more informal complaints and grievance as defendants alleges

for these reasons defendants respons should be denied

Rayshaw Watley

A copy of the forgoing was sent by Regular U.S. Mail to Midwown pressmen at _____ st 1600 Carew tower 441 Vine St Cincinnati ohio 45202 on the 20 day of feburary 2004

*Ralph Watts*