EXHIBIT #1

# Informal Complaint Resolution

Institution: S.O.C.F

To be completed by inmate. Forward the white, Canary & Goldenrod copies to the **supervisor** of the staff person or department most responsible for complaint. Forward Pink copy to the **Inspector**.

Submitted To: Steve Dillion
Date Submitted:
Inmate's Name: Wolley
Number: 347-921
Housing Assignment: J-1-7

**Complaint Regarding:** I had blood in my stool and I was told that I [was] going to the Doctor a week and 1/2 half ago but never seen. I don't know what type of games this Health care administrator is playing for some reason I'm being denied medical attention and I have been sending complaints to this lady and nothing's been done. I don't know why this lady is in the position she is in if she can't provide proper medical treatment.

---

To be completed by the supervisor of the staff person or department (respondent) most responsible for complaint. Return Canary copy to inmate within 5 working days. Send white copy to the Inspector and keep Goldenrod copy.

**Action Taken** *(Cite appropriate policy, procedure or regulation in response).:*
At the time of this response, you are a medical inpatient in the Infirmary; therefore, you are certainly receiving medical attention.

Staff Member's Signature and Title: S.J. Dillon, DWSS
Date: 12-4-00

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DISTRIBUTION:  WHITE/ CANARY & GOLDENROD - Respondent  *(Respondent will respond and forward the WHITE COPY to the Inspector and the CANARY COPY back to the inmate & will keep the GOLDENROD COPY)*   PINK - Inmate sends to the Inspector
DRC 4151 (Rev 10/96)
ACA 4271

3. 2003 11:47AM   SOCF INFIRMARY                                    NO. 520   P. 29

## Corrections Medical Center

1990 Harmon Ave., Columbus OH 43223-0658
(614)445-5960  Radiology: ext. 2734    05/11/2001

WATLEY            A347921      SOCF      293825

LUMBAR SPINE                              05/10/2001

THREE VIEWS: Five lumbar type vertebrae are noted. The disc spaces and vertebral body heights are well maintained. I see no abnormalities within the posterior elements. There is a metallic structure overlying the right lower quadrant. This appears to be within the cecum. This has an appearance of an ingested razor blade. This requires close follow up. No additional abnormalities are seen.

CONCLUSION: (1) Negative lumbar spine. (2) Metallic density in the right lower quadrant. This appears to be a razor blade within the cecum.

*RESULTS WERE CALLED TO THE INSTITUTION THE DAY THE FILMS WERE READ.

William E. McLemore, M.D.                tjr       05/11/2001       electronically signed

*professional radiology services by* **Mid-Ohio Radiology,**

## Corrections Medical Center

1990 Harmon Ave., Columbus OH 43223-0658
(614)445-5960 Radiology: ext. 2734    12/01/2000

WATLEY            A347921        SOCF      435166

ABDOMEN FLAT & UP                 11/29/2000

SUPINE VIEWS OF THE ABDOMEN
Two films are included. There is a clinical history of swallowing a foreign body (razor blade). There are several radiopaque foreign bodies in the left upper quadrant projecting slightly lateral to the gas shadow in the mid body of the stomach. These appear to lie in the proximal small bowel or possibly the upper left colon. The first metallic foreign body is an elongated metallic density which may represent a portion of a razor blade measuring 3.2 cm in length and 0.4 cm in width. The second group of metallic foreign bodies is immediately inferior to this and appears to represent a group of 2-3 metallic staples clustered together. The bowel gas pattern is normal. No free air or acute complication is seen.

RW 12·8·00

DEC 7 2000

*S. Douglas Haas, M.D.*

S. Douglas Haas, M.D.              ksf        11/30/2000       electronically signed

*professional radiology services by* Mid-Ohio Radiology,

# Corrections Medical Center

1990 Harmon Ave., Columbus OH 43223-0658
(614)445-5960  Radiology: ext. 2734    12/06/2000

WATLEY          A347921     SOCF     348686

ABDOMEN SINGLE AP                   12/04/2000

There is a clinical history of swallowing a razor blade.

A rectangular metallic foreign body projects over the right lower quadrant in the area of the cecum or distal small bowel. The foreign body measures 3 cm. in length and 5-6 mm. in greatest width and is consistent with a segment of razor blader. The bowel gas pattern is normal. There is gas and stool in the colon peripherally. No acute complication is seen.

*PLAN exhibit d*

*Sent for eval of til*
*PW 12.8.00*

7  W

*S. Douglas Haas, M.D.*

S. Douglas Haas, M.D.                      rjy              12/05/2000        electronically signed

*professional radiology services by* **Mid-Ohio Radiology,**

# Corrections Medical Center

1990 Harmon Ave., Columbus OH 43223-0658
(614)445-5960  Radiology: ext. 2734    9/4/2001

WATLEY          A347921     SOCF       487151A

CHEST                                  8/27/2001

**PA CHEST:**

The heart size is normal and the lungs are clear. No foreign body is seen.





*S. Douglas Haas, M.D.*

S. Douglas Haas, M.D.              rjy              8/31/2001           electronically signed

*fessional radiology services by* **Mid-Ohio Radiology,**



University Hospitals

410 West Tenth Avenue
Columbus, OH 43210
Phone (614) 293-8000

Arthur G. James Cancer Hospital and
Richard J. Solove Research Institute

300 West Tenth Avenue
Columbus, OH 43210
Phone: (614) 293-3300

University Hospitals East

1492 East Broad Street
Columbus, OH 43205
Phone: (614) 257-3000

SOCF
347.921

Exhibit
# 6

July 9, 2002

Martin O. Akusoba, M.D.
1990 Harmon Avenue
Columbus, Ohio 43223



Re: Rayshan Watley
    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

Dear Dr. Akusoba:

I saw Mr. Watley in followup in the TeleMedicine Clinic at OSU. This is a gentleman that has been experiencing low back pain with radiation into the left lower extremities since 1999. He has previously undergone epidural steroid injections which have not resulted in any meaningful amelioration in his present symptoms. His last MRI was in August of 2001, and it demonstrated a very small disc protrusion at the L4-5 level without significant canal compromise or neural foramina compromise. I believe that the best method of treatment in this case would be with epidural injections for symptomatic relief.

His neurological examination on today's assessment is normal.

I have also ordered a repeat MRI of the lumbar spine without gadolinium to further assess for any changes that may be anatomically detectable on imaging studies.

Sincerely,

DR. PEDRO OBREGON
9/4/02

Dongwoo John Chang, M.D., FRCSC
Assistant Professor of Neurological Surgery
The Ohio State University College of Medicine

The Ohio State University Hospitals / Arthur G. James Cancer Hospital and Richard J. Solove Research Institute
College of Medicine and Public Health / OSU & Harding Behavioral Healthcare and Medicine



## DIVISION OF THE CHIEF INSPECTOR

## ON A GRIEVANCE APPEAL

**NAME:** RAYSHAN WATLEY      **INSTITUTION:** SOCF

**NUMBER:** 347-921      **GRIEVANCE NUMBER(S):** 01-01-44

**DATE:** MARCH 2, 2001

The office of the Chief Inspector is in receipt of your notification of grievance, the disposition of that grievance, and your appeal to this office. A review of your appeal has been completed. The decision of the Inspector is hereby **MODIFIED in part for additional investigation.**

In your complaint, you state that you signed up for sick call because the nerve damage in your lower back causes your leg to give out. You feel that you should be referred to the doctor. You feel that you are being denied medical attention. You want to see the doctor within the next week.

In response to your complaint, the Assistant Institutional Inspector contacted Ms. Hardin, as she is the individual who schedules all MRT's to special clinics. You were scheduled for the EMG and Physical Therapy clinics on 1/23/01. The Assistant Institutional Inspector stated that she was confident that your medical concerns would be addressed by the physician at The Ohio State University.

In your appeal to this office, you reiterate your complaint in its entirety. You add in your appeal dated 1/26/01 that you were seen at ortho and EMG about damage to your *elbow* **not** your *back*. You state that you have **not** been to physical therapy. You again contend that you are not receiving medical attention for complaints regarding your back.

Upon review of all information provided, it appears to this office that you are receiving medical care however it is not clear if this care has been for your back or for other physical problems. Accordingly by copy of this appeal response the Institutional Inspector's Office is directed to revisit this issue to discern if the care provided on 1/23/01 was for your back and if not to conduct additional investigation to discern what medical attention you have received related to your back. The results of this additional investigation or inquiry are to be communicated to you and to this office on a supplemental disposition of grievance. If you are still dissatisfied after you have received the supplemental response, you may again at that time appeal the matter to this office.

This office will take no further action in regards to this matter at this time.

*Plaintiff Exhib (7)*

_____  
**CHERYL JORGENSEN-MARTINEZ, CHIEF INSPECTOR**

_____  
**L. C. COVAL, ASST. CHIEF INSPECTOR**

cc: Inspector of Institutional Services  
Warden  
Dr. Bruce Martin, Medical Director  
File

# DECISION OF THE CHIEF INSPECTOR
## ON A GRIEVANCE APPEAL

| | | | |
|---|---|---|---|
| **NAME:** | RAYSHAN WATLEY | **INSTITUTION:** | SOCF |
| **NUMBER:** | 347-921 | **GRIEVANCE NUMBER (S):** | 02-03-018 |
| **DATE:** | FEBRUARY 26, 2003 | | |

The office of the Chief Inspector is in receipt of your notification of grievance, the disposition of that grievance, and your appeal to this office. A review of your appeal has been completed. The decision of the Inspector is hereby **modified with no additional response required.**

In your complaint you state that you have tried several times to sign up for sick call for a problem you are having with your eyes but Nurse Reeder told you that she is not going to allow you to sign up for sick call for your eyes. You indicate that the eye doctor cannot help you, as the issue does not involve glasses. You relay that Nurse Reeder cannot deny you medical treatment or to sign up for sick call.

In his response the Inspector stated that you have been treated and seen on nurse's sick call and by the physician on numerous occasions. No problem with your eyes was ever noted. The incident in which you alleged that bleach was thrown in your eyes occurred months ago. Medical will not continue to see you and refer you to the doctor for a problem that they say does not exist.

In your appeal to this office you contend that the sick call nurse has repeatedly refused to [let] you sign up for sick call about your eyes. You claim that you have not been seen at nurse's sick call or by the doctor for your eyes. That is why you allege that no problems with your eyes were noted. When you filed an informal complaint with the Health Care Administrator she advised you to sign up for sick call and to see the eye doctor about your eyes.

In her informal complaint response of 2/4/03, Ms. Parks noted that you were seen by the doctor on 11/18/02 regarding your eyes. The doctor determined that no treatment was needed. As such, Ms. Parks advised you to kite the eye clinic if vision is a problem and to see nurse's sick call for medical problems.

DRC Policy 320-01, Medical Provisions, states in part, "No member of the correctional staff shall disapprove an inmate request for attendance at sick call."

Additional follow up with SOCF revealed that inmates give their name to the nurse if they want to be seen later at nurse's sick call. As such, the nurse is aware of the inmate's request at that time and the reason, if indicated, that they want to be seen. In accordance with policy, if you sign up for sick call then you will be seen and properly assessed the co-payment charge. As such, that part of the Inspector's response is modified. However, as stated by Ms. Parks, HCA, you may wish to kite the eye clinic if vision is a problem. Your complaint regarding this matter has been referred to the **Office of Correctional Healthcare** for further review and response.

No further action will be taken in regard to this appeal at this time.

*[signature]*

L.C. COVAL, ASSISTANT CHIEF INSPECTOR

cc: Inspector of Institutional Services
Warden
Office of Correctional Healthcare
File

CASE CLOSED

Plaintiff's

EXHIBIT # 8

# Informal Complaint Resolution

Institution: SoeF

To be completed by inmate. Forward the white, Canary & Goldenrod copies to the supervisor of the staff person or department most responsible for complaint. Forward Pink copy to the Inspector.

Submitted To: Marco Porch?
Date Submitted: 9-12-?

Inmate's Name: D. Worley
Number: 3?? 121
Housing Assignment: 5-3-42

Complaint Regarding: I was scheduled for surgery on my left ear in May — and still have not went for this and I was supposed to see the doctor after I had an M.R.I on my back and I still have seen anyone for this. It seems like everytime it's time for me to recieve treatment for my ongoing problems I end @ Never Recieving it.

To be completed by the supervisor of the staff person or department (respondent) most responsible for complaint. Return Canary copy to inmate within 5 working days. Send white copy to the Inspector and keep Goldenrod copy.

**Action Taken** (Cite appropriate policy, procedure or regulation in response).:

Surgeons Changed since eval in May - OSU has not scheduled your wrist surgery - to assure you are not missed, we are sending you back to the Specialist for re-exam. There are no MRI Orders — The OSU staff cancelled your original surgery when the surgeon had a heart attack.

Staff Member's Signature and Title: M Parkoh
Date: 9/12/01

Complaints not resolved may be addressed in accordance with 5120-9-31.

DISTRIBUTION: WHITE/ CANARY & GOLDENROD - Respondent (Respondent will respond and forward the WHITE COPY to the Inspector and the CANARY COPY back to the inmate & will keep the GOLDENROD COPY)   PINK - Inmate sends to the Inspector
DRC 4151 (Rev 10/96)
ACA 4271

# Informal Complaint Resolution

Institution: SOCF

Top section to be completed by inmate, within 14 days of incident.
Inmate will forward the White & Canary copies to the **supervisor** of the staff person or department most responsible for complaint; Forward Pink copy to the **Inspector**; and keep the Goldenrod copy.

Submitted To: Steve Dillion
Date Submitted: 4-21-02
Inmate's Name: Watkel
Number: 317-921
Housing Assignment: K2-10

Complaint Regarding: I have been fighting over a year to have surgery done on my left arm and and it still has not happend. I'm going threw pain and numbness in my left arm this is cruel and unusual punishment

RECEIVED APR 23 2002 SOCF DEPUTY WARDEN OF SPECIAL SERVICES

Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.

**Action Taken** (Cite appropriate policy, procedure or regulation in response):
According to Medical, you were sent to the hand clinic 5-11-01 for left ulnar subluxation of a nerve and a splint was ordered. You were seen again 5-24-01 and surgery was "scheduled for June", however, for some unknown reason, it did not get scheduled. You were sent back to the clinic again 10-25-01. H & P was done. You were seen by ortho. 11-2-01 for back pain and given epidural shots for same. Still surgery not done. You were sent back and seen by hand clinic 2-7-02 and again placed on list for surgery. The HCA indicates you've been sent back repeatedly and remain on the monthly list to CMC for "pending surgery". There've also been numerous trips for back injections, derm. with all the above. It was also noted that your eating razor blades and slipping cuffs hasn't helped your situation.

Staff Member's Signature and Title: S.J. Dillon, DWSS
Date: 5-3-02

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)   ACA 4271

# Informal Complaint Resolution

Institution: S.O.C.F

To be completed by inmate.   Forward the white, Canary & Goldenrod copies to the **supervisor** of the staff person or department most responsible for complaint. Forward Pink copy to the **Inspector**.

Submitted To: Steven Dillon
Date Submitted: 1-2-01
Inmate's Name: Wolley   Number: 347-921   Housing Assignment: J-1-6

**Complaint Regarding:** the Doctor at CMC ordered me some medication back in October and I never recieved it on 12-28-00 I seen the some Doctor and he re ordered the medication for nerv damage in my elbow and as of 1-2-01 I still have not recieved my medication I don't know why ~~~~~~ this medical staff is trying to denie me medical attention

Exh 11

RECEIVED JAN - 3 2001 SOCF DEPUTY WARDEN OF SPECIAL SERVICES

---

To be completed by the supervisor of the staff person or department (respondent) most responsible for complaint. Return Canary copy to inmate within 5 working days. Send white copy to the Inspector and keep Goldenrod copy.

**Action Taken** (Cite appropriate policy, procedure or regulation in response).:
Reportedly, the medication in question (Celebrex) ordered 12-28-00 is not on our formulary. The doctor ordered an appropriate substitute, Relafen on 1-4-01, which you should be receiving by now.

Staff Member's Signature and Title:   Date: 1-8-01

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DISTRIBUTION:   WHITE/ CANARY & GOLDENROD - Respondent  (Respondent will respond and forward the WHITE COPY to the Inspector and the CANARY COPY back to the inmate & will keep the GOLDENROD COPY)    PINK - Inmate sends to the Inspector
DRC 4151 (Rev 10/96)   ACA 4271

# Informal Complaint Resolution

To be completed by inmate.   Forward the white, Canary & Goldenrod copies to the **supervisor** of the staff person or department most responsible for complaint.  Forward Pink copy to the **Inspector**.

Institution: S.O.C.F.

Submitted To: [illegible]
Date Submitted: 1-18-00

Inmate's Name: Diceffey
Number: 347-971
Housing Assignment: J-1-6

**Complaint Regarding:** I was ordered celebrex but was denied it and was ordered relafen. I did see a doctor before he prescribed it [scribbled out] the doctor at ortho prescribed the proper medication for my need and it was changed which is a deliberate indifference to my medical need the doctor [scribbled out] at S.O.C.F. never talked to me about my problem so how can he know what's proper for me

---

To be completed by the supervisor of the staff person or department (respondent) most responsible for complaint. Return Canary copy to inmate within 5 working days. Send white copy to the Inspector and keep Goldenrod copy.

**Action Taken** (Cite appropriate policy, procedure or regulation in response):

The physician here deemed [illegible] was not medically indicated when he reviewed your consult. The physician @ CMC's consults are recommendations. He is not the final word. Again - the doctor ordered what he felt was medically indicated.

Staff Member's Signature: M Paksh    7/25/01    Date:

Complaints not resolved may be addressed in accordance with 5120-9-31.

DISTRIBUTION:  WHITE/ CANARY & GOLDENROD - Respondent  (Respondent will respond and forward the WHITE COPY to the Inspector and the CANARY COPY back to the inmate & will keep the GOLDENROD COPY)    PINK - Inmate sends to the Inspector
DOC 4151 (Rev 10/96)                                                                                                                    ACA 4271

J1-6

## RESPONSE TO KITE

TO:     NAME  RAYSHAN WATLEY

          NUMBER  A347921         LOCK / UNIT   J1   /   05

FROM:    PHARMACY

RE:       YOUR KITE OF  01/04/2001

SUBJECT: CELEBREX

---

**THIS MEDICATION WAS ORDERED FOR YOU BUT MUST BE REVIEWED BY THE DR. DUE TO IT IS A NON-FORMULARY ITEM.**

Changed to RelAFEN

Exhi 13

_____
Signature

DRC 4180 (7/90)

## RESPONSE TO KITE

TO:  NAME  RAYSHAN WATLEY

NUMBER  A347921        LOCK / UNIT   J1  /  08

FROM:  PHARMACY

RE:  YOUR KITE OF  02/08/2001

SUBJECT:  MEDICATION

IN OCTOBER YOU WERE ORDERED KELFLEX & DIPENHYDRAMINE. YOUR RELEFEN WAS ORDERED PER DR. NZEOGU.

Exh
14

_____
Signature

DRC 4180 (7/90)

**DISPOSITION OF GRIEVANCE**

INMATE: Raysham WATLEY

NUMBER: A347921

GRIEVANCE CODE: IA3

RESOLUTION CODE: B6

INSTITUTION: SOCF

GRIEVANCE NUMBER: 07-02-066

DATE: 7/29/2002

☐ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):

☐ on _____07/29/2002_____, has been reviewed and disposed of as follows:
           date

J2-14

Your grievance states SOCF Medical department has denied you medications ordered by the OSU doctor. You state you are being denied the pain medication and antiflamatory medication ordered on July 25, 2002.

Southern Ohio Correctional Facility doctor has your file on his desk, for review of meds ordered on July 29, 2002. Upon review, he will determine what meds, if any, will be prescribed. OSU doctors <u>only</u> make recommendations; our doctor has the final say as to what meds will be prescribed.

Therefore, this office considers your grievance to be without merit and no further action will be taken.



If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

Ms. T. White, Asst.
Inspector of Institutional Services

DRC4089 (REV 7/91)    Original - INSPECTOR    2 Copies - INMATE    ACA 4271, 4331    Page 1 of 1