IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
       Magistrate Judge David S. Perelman        Case Number:   1:01cv739

ORDER

The above case is hereby transferred from the docket of Magistrate Judge David S. Perelman to the docket of Magistrate Judge Timothy S. Black.

IT IS SO ORDERED.


                                              ___s/Susan J. Dlott_____
                                              Susan J. Dlott
                                              United States District Judge