IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RAYSHAN WATLEY, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv739-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| MONA PARKS, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge David S. Perelman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 16, 2004 Report and Recommendations (Doc. 48). Subsequently, the plaintiff filed objections to such Report and Recommendations.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

IT IS ORDERED that defendants' motion for summary judgment is hereby GRANTED.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons stated in the Report and Recommendation an appeal of this order would not be taken in good faith. *See McGore v Wriggleworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

                                                                             ___s/Susan J. Dlott_____
                                                                             Susan J. Dlott
                                                                             United States District Judge