IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RAYSHAN WATLEY, | : |
| | : |
| Plaintiff(s) | : |
| | : Case Number: 1:01cv739-SJD |
| vs. | : |
| | : District Judge Susan J. Dlott |
| MONA PARKS, et al, | : |
| | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the defendant' motion for summary judgment is hereby GRANTED.


8/19/04                                                                 JAMES BONINI, CLERK


                                                                        ___s/Stephen Snyder_____
                                                                        Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.